IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY TIRRELL ADAMS,
ADC # 101322                                                                            PLAINTIFF

V.                                          5:08CV00343HLJ

RAY HOBBS, et al.                                                                       DEFENDANTS

## ORDER

Defendant Richard Clark, through his attorney, has answered and supplied his correct or complete name. The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 4th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE