IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY TIRRELL ADAMS,
ADC #101322                                                                                    PLAINTIFF

v.                                          5:08CV00343HLJ

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion to compel (DE #43). Defendants have filed a response in opposition to the motion (DE #49).

In support of the motion to compel, plaintiff states he submitted interrogatories and requests for production of documents to the medical defendants on August 17, 2009. Plaintiff further states a letter from defendants dated September 16, 2009 requested a two-week extension, and that he has not yet received defendants' responses.

Defendants respond to the motion by stating that their responses were mailed to plaintiff on October 2, 2009, within the two-week extension period, and that plaintiff's motion should be denied. In light of defendants' response, the Court will deny the motion, without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel (DE #43) is hereby DENIED without prejudice.

IT IS SO ORDERED this 4th day of November, 2009.

_____
United States Magistrate Judge