IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY TIRRELL ADAMS,
ADC #101322                                                                    PLAINTIFF

v.                                        5:08CV00343JTK

RAY HOBBS, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought

is denied.

IT IS SO ADJUDGED this 26th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

1